JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JEFFREY E. STAPLES, Washington Bar No. 45035
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
E-Mail: jeff.staples@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA LOURDES DURAN, | Case No. 2:23-cv-00373-EJY |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Defendant respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Brief (ECF No. 10), currently due on July 7, 2023, by 30 days, to August 7, 2023. Defendant further requests that all subsequent deadlines set forth in the Court's scheduling order be extended accordingly.

The parties are involved in good-faith negotiations regarding settlement of this matter. As of this filing, however, those negotiations are ongoing. Accordingly, Defendant requests additional time to respond to Plaintiff's brief, until August 7, 2023.

On July 7, 2023, Plaintiff's attorney expressed no opposition to this motion.

| | |
|---|---|
| Dated: July 7, 2023 | Respectfully submitted,<br><br>JASON M. FRIERSON<br>United States Attorney<br><br>/s/ *Jeffrey E. Staples*<br>JEFFREY E. STAPLES<br>Special Assistant United States Attorney |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 7, 2023

2